# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

KELLY KING, individually and on behalf of others similarly situated,

    Plaintiff,

  v.

SNAK-KING CORP. and PARTNERS PERSONELL – MANAGEMENT SERVICES, LLC,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:23-cv-0791

Hon. John J. Tharp Jr.

### DEFENDANT PARTNERS PERSONEL – MANAGEMENT SERVICES, LLC'S NOTIFICATION OF AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Partners Personnel – Management Services LLC hereby discloses that it is a wholly owned subsidiary of its parent corporation Staffing Partners Holdings, Inc.

Dated:  March 17, 2023

        Respectfully submitted,

        PARTNERS PERSONNEL – MANAGEMENT SERVICES LLC

   By:  */s/ Erin Bolan Hines*

        Erin Bolan Hines (ebolanhines@cozen.com)
        COZEN O'CONNOR
        123 North Wacker Drive, 18th Floor
        Chicago, IL  60606
        Tel:  (312) 382-3100
        Fax:  (312) 382-8910

**<u>CERTIFICATE OF SERVICE</u>**

I, Erin Bolan Hines, an attorney, hereby certify that on March 17, 2023, I caused the

foregoing to be filed with the clerk of court using the Court's CM/ECF system, which will serve

electronic notice upon all parties of record.


_/s/ Erin Bolan Hines_