DAVID BLOCH (SBN 184530 )
david.bloch@gtlaw.com
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Tel:    415.590.5110
Fax:    415.707.2010

HENRY STROUD (SBN 342479)
henry.stroud@gtlaw.com
GREENBERG TRAURIG, LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814
Tel:    916.442.1111
Fax:    916.448.1709

(Additional counsel listed in signatory page)
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| MERIDIAN GROWERS PROCESSING, INC., a California Corporation; PARTNERS PERSONNEL – MANAGEMENT SERVICES, LLC, a Delaware Limited Liability Company, <br><br> Plaintiffs, <br><br> vs. <br><br> J.P. MORGAN CHASE BANK, N.A., a Delaware corporation; JOHN DOE ONE, an individual; DOES 2-50, inclusive, <br><br> Defendants. | CASE NO. <br><br> **FED. R. CIV. PROC. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT JPMORGAN CHASE BANK, N.A.** <br><br> Action Filed in State Court: May 30, 2024 <br> First Amended Complaint and Summons Served: June 3, 2024 <br> Action Removed: July 2, 2024 |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant JPMorgan Chase Bank, N.A., provides the following corporate disclosure: JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation that does not have a parent corporation. BlackRock, Inc., a publicly held corporation, has reported that it beneficially owns more than five percent (5%) of the stock of JPMorgan Chase & Co. In addition, The Vanguard Group, Inc., an investment advisor, which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of ten percent (10%) or more of the stock of JPMorgan Chase & Co.

Dated: July 3, 2024                    GREENBERG TRAURIG, LLP


                                       By:    /s/David S. Bloch
                                              David S. Bloch
                                              Attorneys for Defendant
                                              JPMORGAN CHASE BANK, N.A.


**Additional Counsel:**
Lisa C. McCurdy (SBN 228755)
mccurdyl@gtlaw.com
Layal L. Bishara (SBN 329154)
bisharal@gtlaw.com
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel:    310. 586-7700
Fax:    310. 586-7800

-1-
CORPORATE DISCLOSURE STATEMENT