UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERIDIAN GROWERS PROCESSING, INC., et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>J.P. MORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No.   1:24-cv-00781-KES-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>(ECF No. 18) |

On October 31, 2024, Plaintiffs filed a notice of voluntary dismissal, stating as follows: "Plaintiffs Meridian Growers Processing, Inc. and Partners Personnel – Management Services, LLC (together, "Plaintiffs") hereby voluntarily dismiss this action against all Defendants, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure." (ECF No. 18, p. 2).

Accordingly, in light of the voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of Court is respectfully directed to terminate any and all pending dates and deadlines and to close the case.

IT IS SO ORDERED.

Dated:   **November 1, 2024**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1